# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148034

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148034
COA: 317795
Monroe CC: 97-028583-FC

FRANK ALLEN LITTLE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

d0324